HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNA MAE LEITNER,

  Plaintiff,

  v.

JOHN E. POTTER and UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

  Defendants.

Case No. C05-5674 RBL

ORDER

THIS MATTER is before the Court sua sponte. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This case is fraught with miscommunication. In an attempt to move this case forward, the Clerk is directed to forward a copy of the Summons and Complaint to the United States Attorney for the Western District of Washington. *See* Fed. R. Civ. P. 4(i)(1)(A). The United States shall have sixty (60) days to answer or otherwise defend. Fed. R. Civ. P. 12(a).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 13th day of December, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1